UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

ISAAC D. MOSLEY,

    Plaintiff,

v.

DAVID BREWER, et al.,

    Defendants.

Civil Action No. 7: 25-001-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Mosley's complaint [R. 1] is **DISMISSED** without prejudice.

3. This matter is **STRICKEN** from the docket.

Entered: January 17, 2025

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY